IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IMMANUEL CHRISTIAN PRICE,**<br><br>            Plaintiff,<br><br>      v.<br><br>**C&PR, et al.,**<br><br>            Defendants. | 2:17-cv-0382 GEB KJN P<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO VACATE OR MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>Trial Date:     None<br>Action Filed:  February 21, 2017 |

The Court, having considered Defendants' motion to vacate or modify the discovery and scheduling order, and good cause appearing:

**IT IS ORDERED** that the deadlines set in the August 29, 2017 revised scheduling order (ECF No. 29) are vacated pending resolution of defendants' motion for judgment on the pleadings. Once the court rules on the pending motion for judgment on the pleadings, the court will issue an amended discovery and scheduling order if appropriate.

Dated: December 12, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pric0382.vac