# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMANUEL CHRISTIAN PRICE,<br><br>    Plaintiff,<br><br>    v.<br><br>C&PR, et al.,<br><br>    Defendants. | No. 2:17-cv-0382 TLN KJN P<br><br><br><br>ORDER |

In accordance with the "referral notice" filed in this action on September 10, 2018, the court finds that plaintiff's appeal of the August 14, 2018 dismissal of this action is taken in good faith.

Dated: September 13, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pric0382.gf